### 12588.   JACKSON *v.* THE STATE.

BROYLES, C. J.   None of the grounds of the amendment to the motion for a new trial is meritorious; the verdict was amply supported by the evidence, and the court did not err in refusing to grant a new trial.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 16, 1921.

Indictment for manufacturing intoxicating liquors; from Macon superior court — Judge Littlejohn.   May 30, 1921.

*J. J. Bull & Son,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.

---

### 12589.   TAYLOR *v.* THE STATE.

LUKE, J.   It appearing that the bill of exceptions in this case was not tendered the judge within twenty days of the date of the judgment overruling the defendant's motion for a new trial, the writ of error must be    *Dismissed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED NOVEMBER 16, 1921.

Conviction of manslaughter; from Fulton superior court — Judge Humphries.   May 21, 1921.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.